IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVEN D. SWINNEY                                                                                              PLAINTIFF

v.                                          Case No. 4:24-cv-04008

SOCIAL SECURITY
ADMINISTRATION
COMMISSIONER                                                                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 2, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Judge Bryant recommends that the Administrative Law Judge's decision denying disability benefits to Plaintiff Steven D. Swinney ("Plaintiff") be affirmed.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*. Accordingly, the Administrative Law Judge's decision to deny disability benefits to Plaintiff is hereby **AFFIRMED**.

**IT IS SO ORDERED**, this 24th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge